Affirmed and Memorandum Opinion filed December 3,
2009.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-08-00576-CR

____________

 

CORNELIUS DAVIS, Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On Appeal from the 179th District Court

Harris County, Texas

Trial Court Cause No. 1094462

 



 

M E M O R
A N D U M   O P I N I O N

A jury convicted appellant of the offense of felon in
possession of a weapon.  Appellant entered a plea of true to two enhancement
paragraphs.  On June 18, 2008, the trial court sentenced appellant to
confinement for thirty-five years in the Institutional Division of the Texas
Department of Criminal Justice.  Appellant filed a notice of appeal.








Appellant=s appointed counsel filed a brief in which he concludes the
appeal is wholly frivolous and without merit. The brief meets the requirement
of Anders v. California, 386 U.S. 738, 87 S.Ct. 1396 (1967), presenting
a professional evaluation of the record demonstrating why there are no arguable
grounds to be advanced.  See High v. State, 573 S.W.2d 807 (Tex. Crim.
App. 1978).

A copy of counsel=s brief was delivered to appellant. 
Appellant was advised of the right to examine the appellate record and file a
pro se response.  See Stafford v. State, 813 S.W.2d 503, 510 (Tex. Crim.
App. 1991).  At appellant=s request, the record was provided to him.  On July 31, 2009,
appellant filed a pro se response to counsel=s brief.

We have carefully reviewed the record, counsel=s brief, and appellant=s response, and agree the appeal is
wholly frivolous and without merit.  Further, we find no reversible error in
the record.  A discussion of the brief would add nothing to the jurisprudence
of the state.  We are not to address the merits of each claim raised in an Anders
brief or a pro se response when we have determined there are no arguable
grounds for review.  See Bledsoe v. State, 178 S.W.3d 824, 827-28 (Tex.
Crim. App. 2005).  

Accordingly, the judgment of the trial court is affirmed.

 

PER CURIAM

 

 

Panel consists of Justices
Seymore, Brown, and Sullivan.

Do Not Publish C Tex. R. App. P. 47.2(b).